POUND LAW, LLC,

    Plaintiff,

vs.

KATHI VIDAL, IN HER CAPACITY
AS DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE; AND THE UNITED STATES PATENT AND TRADEMARK OFFICE
    Defendants.

CASE NO. 6:23-cv-00061-ACC-DAB

_____/

# MOTION FOR RECONSIDERATION

Plaintiff, Pound Law, LLC, files this motion for reconsideration of this Court's *Order* revoking Charles R. Henn, Jr.'s pro hac vice status (Doc. No. 29) and states as follows:

1. Mr. Henn filed his *Motion for Special Admission* on January 17, 2023 (Doc. No. 8), and the Court granted the motion on January 19, 2013, (Doc No. 11).

2. On March 3, 2023, the Court ordered Mr. Henn to register with the Court's CM/ECF system on within 14 days of the Order and file a paper certifying the same.

1

3. That same day, Mr. Henn registered with the Court's CM/ECF system.

4. Mr. Henn regrets that upon registering with the Court's CM/ECF system, he did not file a paper certifying the same. However, Plaintiff respectfully requests this Court allow Mr. Henn to maintain his pro hac vice status.

5. In support of its motion, Mr. Henn certifies as follows:

   a. I am neither a Florida resident nor a member in good standing of The Florida Bar.

   b. I am a member in good standing of a bar of a United States district court; specifically, the Northern District of Georgia.

   c. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in state or federal court in Florida.

   d. I will comply with the federal rules and this Court's local rules.

   e. I am familiar with 28 U.S.C. § 1927, which provides:

   Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

   f. I have paid the fee for special admission or will pay the fee upon

    special admission.

   g. I will register with the Court's CM/ECF system.

   h. I affirm the oath, which states:

    I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

6.    Upon the granting of this motion, Mr. Henn will file a paper certifying registration with the Court's EM/ECF system.

7.    Plaintiff respectfully requests that the Court reconsider its *Order* revoking Charles R. Henn, Jr.'s pro hac vice status.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), undersigned counsel for Plaintiff conferred with counsel for Defendants by telephone on March 31, 2023, and Defendants are unopposed to the requested relief.

   Dated: April 3, 2023.

                                     Respectfully submitted by:

                                     **MORGAN & MORGAN, P.A.**
                                     **Business Trial Group**

                                     */s/ Damien H. Prosser*
                                     **Damien H. Prosser**
                                     Florida Bar No. 17455
                                     20 North Orange Avenue, Suite 1600

Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 418-2048
DProsser@forthepeople.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474 E-mail:
jmoskin@foley.com

Christopher P. Bussert
Theodore H. Davis Jr.
Charles R. Henn Jr.
Sara K. Stadler Shreya Desai
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6545
Facsimile: (404) 541-3144
cbussert@kilpatricktownsend.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which served a copy this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Damien H. Prosser*

4

Damien H. Prosser