# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

POUND LAW LLC,

    Plaintiff,

v.

KATHI VIDAL; and U.S. PATENT & TRADEMARK OFFICE,

    Defendants.

Case No. 6:23-cv-61-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on the parties' joint motion for dismissal and remand (Dkt. 53), filed September 8, 2023. In their motion, the parties inform the Court that they have reached a negotiated resolution of this matter and wish the Court to enter an agreed order dismissing the Complaint without prejudice and remanding this matter to the agency for further action. Upon consideration and for good cause shown, it is hereby **ORDERED**:

    1.    The parties' joint motion (Dkt. 53) is **GRANTED**;

    2.    The Court will enter the order negotiated and agreed to by the parties as a separate order; and

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on September 11, 2023.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record